UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATT DELANO, MITCHELL GOODSON,
TIM HINEFELT, TOM BANCROFT,
and all other persons similarly situated,

       Plaintiffs,
vs.                Case No.: 8:10-CV-320-T-27MAP

MASTEC, INC. and MASTEC NORTH
AMERICA, INC.,

       Defendants.
_____/

## ORDER

**BEFORE THE COURT** are: (1) Defendants' Motion to Compel Arbitration and Stay Proceedings (Dkt. 8), to which Plaintiffs have responded (Dkt. 12); (2) Plaintiffs' Motion to Allow Notice To Be Sent to Potential Plaintiffs (Dkt. 13), to which Defendants have responded (Dkt. 19); (3) Defendants' Motion for Leave to Reply (Dkt. 14); (4) Defendants' Motion for Stay and Extension of Time (Dkt. 16), to which Plaintiffs have responded (Dkt. 18); Defendants' separately filed Request for Oral Argument on Plaintiffs' Pending Motion for Conditional Certification (Dkt. 20);[1] and Plaintiffs' Unopposed Motion for Leave to Reply (Dkt. 22).

Defendants' Motion for Leave to Reply (Dkt. 14) and Motion for Stay and Extension of Time (Dkt. 16) are **DENIED**.

Defendants' Motion to Compel Arbitration and Stay Proceedings (Dkt. 8) is **DENIED** to the extent that it requests any relief as to Plaintiffs Delano and Bancroft or requests a stay of this action

---

[1] *See* Local Rule 3.01(j) ("Requests for oral argument shall accompany the motion, or the opposing brief or legal memorandum, and shall estimate the time required for argument.").

in its entirety. Otherwise, ruling on the motion is **DEFERRED**.

Defendants' Request for Oral Argument on Plaintiffs' Pending Motion for Conditional Certification (Dkt. 20) is **GRANTED**.

A hearing will be held on Plaintiffs' Motion to Allow Notice To Be Sent to Potential Plaintiffs (Dkt. 13) on **June 30, 2010** at **3:30 p.m.** before the undersigned judge in Courtroom 13B of the Sam Gibbons Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

Plaintiffs' Unopposed Motion for Leave to Reply (Dkt. 22) is **DENIED**.

**DONE AND ORDERED** in chambers this 23rd day of June, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

2